

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Frances Bajada*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*          main: (973) 645-2700
*Newark, New Jersey 07102*             direct:(973) 297-2038
*frances.bajada@usdoj.gov*

July 8, 2026

**<u>Via ECF</u>**
Honorable Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

> Re:   *Colina Bastidas v. Blanche, et al.*, No. 26-cv-05893 (MCA)
>       Petitioner's Release

Dear Judge Arleo:

This Office represents Respondents in the above habeas immigration action. Pursuant to the July 6, 2026 Text Order, ECF 3, we write to respectfully inform the Court that according to U.S. Immigration and Customs Enforcement, Petitioner was released from custody on July 7, 2026 at 6:10 a.m. Petitioner was released under the same conditions that existed prior to his detention and with his personal property.

We thank the Court for its consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   *s/Frances Bajada*
      FRANCES BAJADA
      Assistant United States Attorney
      *Attorneys for Respondents*

CC: Counsel for Petitioner (via ECF)

Case shall be closed.
SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:   7/9/26